UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN,<br><br>     Plaintiff,<br><br> -against-<br><br>AT&T CORP.,<br><br>     Defendant. | 23-CV-11038 (DEH) (RFT)<br><br>**STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On March 18, 2024, Plaintiff filed a motion for summary judgment in advance of the parties exchanging formal discovery. (*See* ECF 16.)

  Accordingly, I am scheduling this action for a telephonic status conference on March 29, 2024, at 10:30 AM. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 468 786 01#**.

DATED: March 19, 2024
     New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge