UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>AT&T CORP.,<br><br>　　　　　Defendant. | 23-CV-11038 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　A status conference was scheduled for March 29, 2024. It is now rescheduled to **Tuesday, April 9, 2024 at 11:30 a.m.** The parties are directed to join the conference via at the scheduled time.  **Please dial (646) 453-4442, Access Code: 256 315 940 #.**

DATED:　March 28, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge