UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN,<br><br>                Plaintiff,<br><br>  -against-<br><br>AT&T CORP.,<br><br>                Defendant. | 23-CV-11038 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received an undocketed communication from the husband of Plaintiff Jennifer Klein, attached as Exhibit A to this Order. Plaintiff, who is proceeding pro se, and her husband, are reminded that all communications with the Court must be filed on the docket, even if opposing counsel are copied on the message. I construe Exhibit A hereto as Plaintiff's motion for leave to amend her complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for the sole purpose of adding her husband as a plaintiff. Defendant has until April 19, 2024 to file its opposition, if any, to that motion. If such an opposition is filed, Plaintiff has until April 22, 2024 to reply.

DATED:  April 11, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

| | |
|---|---|
| From: | todd.klein@me.com |
| To: | Tarnofsky NYSD Chambers; Anne Zeng-Huang |
| Cc: | Jennifer Klein; itknyc@mac.com; Team One; Jay I. Brody; Allison L. Cannizaro |
| Subject: | Jennifer Klein v. AT&T Mobility LLC. Case # 1:23-cv-11038 |
| Date: | Tuesday, April 9, 2024 11:11:37 PM |

**CAUTION - EXTERNAL:**

Re: **MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD PARTY**

Dear Judge Tarnofsky,

I am writing to respectfully request the Court's permission to amend the complaint in the above-referenced case to add a party, namely, Ira Todd Klein, who is the husband of the current plaintiff, Jennifer Klein.

As the case has developed, it has become clear that the issues in dispute directly affect both Jennifer Klein and Ira Klein, particularly given that they share the same AT&T account and Mr. Klein is responsible for the payment of the account charges from his personal bank account. Mr. Klein's involvement has been substantial, as he has been the primary point of contact with AT&T, has made the payments in question, and has been directly impacted by the alleged violations of law.

In light of these facts, adding Mr. Klein as a plaintiff will provide a more comprehensive representation of the interests involved and will allow for a more efficient resolution of the matter. This amendment will not alter the nature of the current claims but will enhance the Court's understanding of the factual context within which these claims arise.

Pursuant to Federal Rule of Civil Procedure 15(a), I kindly request the Court's leave to file an amended complaint reflecting this change. I believe that this amendment will serve the interests of justice and will not unduly prejudice the Defendant, as it seeks to clarify and assert the interests of all affected parties.

Attached to this letter is a proposed amended complaint for the Court's consideration. Should the Court require any additional information or documentation in support of this motion, I am prepared to provide it promptly.

I appreciate the Court's time and consideration of this request and apologize for any inconvenience this modification may necessitate.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jennifer Klein