UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN,<br><br>               Plaintiff,<br><br>  -against-<br><br>AT&T CORP.,<br><br>               Defendant. | 23-CV-11038 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received an undocketed communication from Plaintiff Jennifer Klein, attached as Exhibit A to this Order. Plaintiff, who is proceeding pro se, is reminded that all communications with the Court must be filed on the docket, even if opposing counsel are copied on the message. In her message, Plaintiff stated that she wished to withdraw her motion for summary judgment, without prejudice to refiling it at a later and appropriate time in the case. That motion is deemed withdrawn. Accordingly, the Clerk of Court is respectfully requested to terminate ECF 16.

DATED:  April 11, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge



| | |
|---|---|
| From: | Jennifer Klein |
| To: | Tarnofsky NYSD Chambers; Anne Zeng-Huang |
| Cc: | Jennifer Klein; itknyc@mac.com; Team One; Allison L. Cannizaro; Jay I. Brody |
| Subject: | Jennifer Klein v. AT&T Mobility LLC • Case # 1:23-cv-11038 |
| Date: | Tuesday, April 9, 2024 10:33:31 PM |

**CAUTION - EXTERNAL:**

## REQUEST TO WITHDRAW MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE

Dear Judge Tarnofsky,

I am writing as the pro se Plaintiff in the case referenced above. I respectfully request permission from the Court to withdraw my previously filed Motion for Summary Judgment without prejudice.

After further consideration and review of the procedural posture of this case, I have determined that it would be premature to pursue a summary judgment at this time. This realization has come after considering the following factors:

- The discovery process has not been completed, and there may be additional facts and evidence that could be material to my case.

- I am mindful of the Court's time and resources and wish to proceed in a manner that is most conducive to a just and efficient resolution of this matter.

Therefore, in the interests of judicial economy and proper procedural conduct, I seek the Court's approval to withdraw my motion without prejudice, allowing for the possibility of refiling at a later, more appropriate stage of the proceedings.

I understand that withdrawing this motion may affect the scheduling of this case, and I am prepared to comply with any adjusted timelines that the Court may set forth.

I appreciate the Court's consideration of this request and apologize for any inconvenience my initial filing may have caused.

Thank you for your attention to this matter.

Respectfully,