UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN,<br><br>                            Plaintiff,<br><br>    -against-<br><br>AT&T CORP.,<br><br>                            Defendant. | 23-CV-11038 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendant filed a letter requesting a stay of all proceedings pending resolution of dispositive motions (that is, motions that could dispose of the entire case) that it previously filed. (*See* ECF 26). This request, which should have been filed as a letter-motion under Local Rule 7.1(d), falls within the scope of the referral to me for general pretrial management.

      If Plaintiff wishes to oppose Defendant's request for a stay, she has until April 16, 2024, to file a letter on the docket explaining the basis for her opposition.

DATED:  April 12, 2024
              New York, New York

                                                         SO ORDERED.

                                                        **ROBYN F. TARNOFSKY**
                                                        United States Magistrate Judge