UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN,<br><br>      Plaintiff,<br><br> -against-<br><br>AT&T CORP.,<br><br>      Defendant. | 23-CV-11038 (DEH)(RFT)<br><br>**STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 This action is scheduled for a telephonic status conference on April 19, 2024, at 2:30 PM, to address Defendant's letter-motion seeking a stay of any additional proceedings and/or motion practice until after the Motion to Enforce Settlement is decided. (ECF 26.) The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 844 756 857#**.

 If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: April 15, 2024
     New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge