UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN, ET AL.,<br><br>               Plaintiffs,<br><br>  -against-<br><br>AT&T CORP.<br><br>               Defendant. | 23-CV-11038 (DEH)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an undocketed communication from Plaintiff, Jennifer Klein, which is attached as Exhibit A to this Order. Plaintiff, who is proceeding as pro se, is reminded that all communications with the Court must be filed on the docket, even if opposing counsel are copied on the message.

DATED:  April 19, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

| | |
|---|---|
| **From:** | Jennifer Klein |
| **To:** | Tarnofsky NYSD Chambers; Anne Zeng-Huang |
| **Cc:** | Team One; Allison L. Cannizaro; James K. Schultz; Jay I. Brody; Todd Klein |
| **Subject:** | Case No. 23-CV-11038: Pre-Conference Clarification for Conference Call on April 19, 2023 |
| **Date:** | Thursday, April 18, 2024 6:04:41 PM |

**CAUTION - EXTERNAL:**

**Subject:** Clarification of Opposition to Enforcement Settlement and Relevant Concerns Regarding AT&T's Abuse of Process

Dear Honorable Judge Tarnofsky,

In anticipation of our conference call tomorrow, I write to change a considerable mistake I made in my Opposition to Enforce Settlement, particularly concerning AT&T's abuse of process in so much as it is relevant to our conference tomorrow.

It has become clear that the legal 'team' handling this case is the same that is assigned to similar customer disputes. This realization has significantly shifted my understanding and approach to the ongoing legal challenges presented by AT&T.

As my awareness deepens into both astonishment and dismay regarding AT&T's abuse of process and their aggressive efforts to protect themselves with their phone service agreement, I have reevaluated my original stance on their push for arbitration. Despite AT&T's admission of their violation of the Fair Credit Reporting Act, they continue to leverage their phone service contract to impose undue burdens on consumers who are often unable to afford the time and expense of legal representation and are forced to accept unjust debts.

This case, therefore, not only challenges the personal injustices I have faced but also represents a broader issue impacting many AT&T customers. AT&T's outright refusal to investigate genuine disputes and then take detrimental action against their customers, if challenged, underscores a systemic problem that cannot be overlooked.

For the public good and to ensure accountability, if tomorrow's decision is to justly uphold my opposition motion, that this matter be resolved in a public forum rather than through private arbitration. The issues at stake have grown to extend far beyond the confines of a typical service dispute and into the realm of significant ongoing consumer rights violations. This lawsuit presents a critical opportunity to address and rectify AT&T's longstanding practices that unfairly impact countless consumers.

Thus, it is my heartfelt wish for this case to remain in court, where it can receive the transparency and scrutiny necessary to foster justice not only for myself, but for other AT&T customers similarly affected.

Thank you for considering these points as we prepare for tomorrow's discussion. I hope you find this letter relevant to the entire matter and therefore relevant to tomorrow's conference.

Respectfully,

/s/ Jennifer Klein, pro se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.