UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN, <br><br>               Plaintiffs, <br><br>     v. <br><br> AT&T Corp., <br><br>               Defendant. | 23-CV-11038 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On June 10, 2024, the Court ordered Plaintiff to file a letter on ECF within one (1) week (i.e., by June 17, 2024) expressly stating whether she consents to arbitration. *See* ECF No. 42. That date has passed, and the Court is not in receipt of a letter from Plaintiff.

It is hereby **ORDERED** that Plaintiff's deadline to file a letter is extended to **June 28, 2024**. In light of her previous representation that arbitration is a proper forum for resolving this dispute, *see* ECF No. 41 (noting that the Court could "simply move the case to arbitration"), if the Court does not hear from Plaintiff by this date, the Court will assume that Plaintiff consents to arbitration and will so order Defendant's motion to compel arbitration at ECF No. 9.

Defendant is **ORDERED** to send Plaintiff (1) this Order and (2) the Court's opinion and order (ECF No. 42) via email and/or any other means reasonably calculated to ensure Plaintiff's prompt notice (e.g., via FedEx Overnight). Defendant is further **ORDERED** to file proof of service on Plaintiff by **June 21, 2024**.

SO ORDERED.

Dated: June 20, 2024
New York, New York

_____
DALE E. HO
United States District Judge