UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER KLEIN, | |
| Plaintiff, | |
| v. | 23-CV-11038 (DEH) |
| AT&T Corp., | **ORDER** |
| Defendant. | |

DALE E. HO, United States District Judge:

On February 9, 2024, Defendant filed a motion to compel arbitration. *See* ECF No. 9. On March 10, 2024, Plaintiff filed an opposition to Defendant's motion. *See* ECF No. 15.

On June 10, 2024, the Court ordered Plaintiff to file a letter on ECF within one (1) week (i.e., by June 17, 2024) expressly stating whether she consents to arbitration, in light of her representation that arbitration might be a proper forum for resolving this dispute. *See* ECF Nos. 41 (noting that the Court could "simply move the case to arbitration"), 42. The Court *sua sponte* extended that deadline to June 28, 2024. *See* ECF No. 43.

On June 17, 2024 (docketed on June 24, 2024), Plaintiff filed a letter indicating that she does not consent to arbitration. *See* ECF No. 45.

Accordingly, it is hereby **ORDERED** that Defendant may file a reply in further support of its motion to compel arbitration by no later than **July 2, 2024**. Defendant is advised that an extension is unlikely to be granted, absent a showing of good cause. Defendant shall send a courtesy copy of its reply motion to Plaintiff by email and/or any other means reasonably calculated to ensure Plaintiff's prompt notice. Defendant is further **ORDERED** to file proof of service of its reply (if any) by **July 5, 2024**.

2

     The Clerk of Court is respectfully requested to lift the stay in these proceedings.

     SO ORDERED.

Dated: June 25, 2024
       New York, New York

_____
DALE E. HO
United States District Judge
